**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 472 MAL 2021

           Respondent                 :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

           v.                          :

                                      :

WAYNE N. LONG,                     :

                                      :

                 Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 22nd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.